B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pascual, Amaryllis** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Dr Amaryllis Pascual; AKA Amaryllis Pascual MD PA** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4440** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4054 NW 85th Avenue**<br>**Cooper City, FL**<br>ZIP Code **33024** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)  (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Pascual, Amaryllis** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ |
| | Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)


☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pascual, Amaryllis** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Amaryllis Pascual**
Signature of Debtor  **Amaryllis Pascual**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**February 23, 2015**
Date

### Signature of Attorney*

X **/s/ Kevin C. Gleason**
Signature of Attorney for Debtor(s)

**Kevin C. Gleason 369500**
Printed Name of Attorney for Debtor(s)

**Florida Bankruptcy Group, LLC**
Firm Name

**4121 North 31st Avenue**
**Hollywood, FL 33021**

_____
Address

**Email: bankruptcylawyer@aol.com**
**954-893-7670  Fax: 954-893-7675**
Telephone Number

**February 23, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Southern District of Florida

In re      **Amaryllis Pascual**
_____
                                                    Debtor(s)

Case No. _____
Chapter      **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Amaryllis Pascual**
                        **Amaryllis Pascual**

Date:    **February 23, 2015**

1-888-MDSearch, Inc
12480 NW 78th Manor
Pompano Beach, FL 33076


Adela Bartels
14388 SW 95th Terrace
Miami, FL 33169


Adelne Vixama
7760 NW 78th Avenue, # 119
Tamarac, FL 33321


Ader Properties One South
Estate of William F. Ader Jr.
c/o Robert Ader, PA
100 SE 2nd Street, # 3550
Miami, FL 33131


Adriana Olivero
600 Three Island Blvd., # 1609
Hallandale, FL 33009


Aesthetic Associates, Inc.,
1101 Madison Street, # 1280
Seattle, WA 98104


Amaryhills Pascual, MD PA
4054 NW 85th Avenue
Cooper City, FL 33024


Amaryllis Pascual, MD
4054 NW 85th Avenue
Cooper City, FL 33024


Amaryllis Pascual, MD PA
4054 NW 85th Avenue
Cooper City, FL 33024


American Express
POB 650448
Dallas, TX 75265


American Honda Finance
POB 1027
Alpharetta, GA 30009

Anderson De Andre
2739 SW 84th Terrace
Miramar, FL 33025


Andreina Zuccaro
2025 Brickell Avenue, # 1802
Miami, FL 33129


Angela Andriyanova
20441 NE 30th Avenue, # 416
Aventura, FL 33180


Angela Callwood
3717 Estate Pearl
St Thomas, VI 00802


Ann Marie Campbell
7411 Ramona Street
Miramar, FL 33023


Arencibia Attorneys
2534 SW 6th Street
Miami, FL 33135


Arias Zyulin
18917 NW 46th Avenue
Miami Gardens, FL 33055


Arm Solutions Inc
POB 2929
Camarillo, CA 93011-2929


Ashley Nadel
579 W Martin Luther King Drive, # 216
Cincinnati, OH 45220


Astrid Navarro
1050 93rd Street, # GA
Bay Harbor Island, FL 33154


Atlas Investment Group
77 Water Street, 7th Floor
New York, NY 10005

Bank of America
600 N Cleveland Avenue, # 300
Westerville, OH 43082

Bank of America
POB 851001
Dallas, TX 75285

Bank of America
POB 15796
Wilmington, DE 19886

Bank of America
POB 851001
Dallas, TX 75285-1001

Bank of America
POB 650070
Dallas, TX 75265-0070

Bank of America
POB 15284
Wilmington, DE 19850

Bank of America
POB 982235
El Paso, TX 79998

Bank of America
NC-1-001-07-06
101 N Tryon Street
Charlotte, NC 28255-0001

Bank of America
1800 Tapo Canyon Road
Simi Valley, CA 93063

Bank of America Merchant Services
5251 Westheimer Road
Houston, TX 77056-5404

Bank of America Merchant Services
POB 17548
Denver, CO 80217-7548

Bank of America, NA
POB 650070
Dallas, TX 75265-0700


Bank United
POB 026030
Miami, FL 33130


Bank United, NA
7815 NW 148th Street
MC: 2-CREAD
Hialeah, FL 33016


Barbara Han
2441 NW 178th Terrace
Miami Gardens, FL 33056


Bloomingdale's
POB 183083
Columbus, OH 43218-3083


Blue Capital, LLC
18205 Biscayne Blvd., # 222
Aventura, FL 33160


Body Oasis Beauty & Wellness Center
18205 Biscayne Blvd. # 1000
Aventura, FL 33160


Body Oasis Beauty & Wellness Center
18205 Biscayne Blvd., # 1000
Aventura, FL 33160


Body Oasis Beauty & Wellness Center
18205 Biscayne Blvd. # 1000
Aventura, FL 33130


Body Oasis Beauty & Wellness Center
18205 Biscayne Blvd
Aventura, FL 33160


Body Oasis Beauty & Wellness Center
18205 Biscayne Blvd., #1000
Aventura, FL 33160

Body Oasis Beauty & Wellness Center Inc
18205 Biscayne Blvd. # 1000
Aventura, FL 33160


Body Oasis Beauty and Wellness
18205 Biscayne Blvd. # 1000
Aventura, FL 33160


Body Oasis Beauty and Wellness Center
18205 Biscayne Blvd. # 1000
Aventura, FL 33160


Body Oasis Beauty and Wellness Center
18205 Biscayne Blvd., # 1000
Aventura, FL 33160


Brandywine Capital Associates, Inc
113 E Evans Street
West Chester, PA 19380


Brithany Snell
2119 Powers Ferry Road
Miami Beach, FL 33139


Bryan Dates
6311 Terra Verde Drive, # 207
Raleigh, NC 27609


C P Pembroke Pines, LLC
POB 8187
Miami, FL 33130


Cap Call
11 Broadway, # 814
New York, NY 10004


Carmen White
3699 Silver Lake Drive
Kissemee, FL


Carrie Stoudmire
346 East Tuckey Lane
Phoenix, AZ 85012

Carrier Clemente
POB 220715
Hollywood, FL 33022


CBeyond
POB 406815
Atlanta, GA 30384


Chaer Faseli
5831 SW 38th Way
Fort Lauderdale, FL 33312


Charles W. Flynn
Stolzenberg,Gelles,Flynn & Arango,LLP
1401 Brickell Avenue, Suite 825
Miami, FL 33131-3502


Chase
National Payment Services
POB 182223
Dept. OHI-1272
Columbus, OH 43218


Chase
POB 6026
Mailcode IL-1-0054
Chicago, IL 60680-6026


Chase Bank
2 South Biscayne Blvd.
22nd Floor
Miami, FL 33131


Chase Ink
POB 15123
Wilmington, DE 19850


Chavez Bernstein Bles
17671 SW 29th Court
Miramar, FL 33029


Cheril Norville
18139 NW 90th Avenue
Hialeah, FL 33018

Chris Murray
4054 NW 85th Avenue
Cooper City, FL 33024


City National Bank
25 W Flagler Street
Miami, FL 33130


City National Bank
25 West Flagler Street
Miami, FL 33130-1712


City National Bank
POB 025620
Miami, FL 33102-5620


Claudia Gallardo
6670 NW 114th Avenue, # 624
Doral, FL 33178


Clorina Petit
13974 NE 2nd Court
Miami, FL 33161


Conestoga Equipment Corporation
1033 South Hanover Street
Pottstown, PA 19465


Conestoga Equipment Finance Corp
1033 South Hanover Street
Pottstown, PA 19465


Convergent Outsourcing Inc
800 SW 39th Street/POB 9004
Renton, WA 98057


Cordoba & Associates, PA
1551 Sawgrass Corporate Parkway, # 110
Fort Lauderdale, FL 33323


Covidien Sales, LLC
15 Hampshire Street
Mansfield, MA 02048

Cynthia Wright
19811 W Oakmont Drive
Hialeah, FL 33015


De Lange Landen Financial Services, Inc
1111 Old Eagle School Road
Wayne, PA 19087


Diadra Mosley
3321 NW 173rd Terrace
Opa Locka, FL 33056


Diana Castro
8184 NW 99 Terrace
Hialeah Gardens, FL 33016


Discover Financial Services
POB 15316
Wilmington, DE 19850


Dorelis La Capruccia
1126 SW 158 Way
Hollywood, FL 33027


Dr's Toy Store
2512 SW 30th Avenue
Hallandale, FL 33309


Elisa Alfonso
17320 NW 47th Court
Miami Gardens, FL 33055


Elsa Riano
4728 SW 143rd Avenue
Miami, FL 33175


Estate of W F Ader Jr
100 SE 2nd Street, # 3550
Miami, FL 33131


Esther Aponte
227 Wadsworth Street
Providence, RI 02907

Eva Gamboa
13150 Biscayne Bay Terr
North Miami, FL 33181


EXPO/CBNA
POB 6497
Sioux Falls, SD 57117


Franco Williams
1471 NE 173rd Street
North Miami Beach, FL 33162


Fraxel Dual Laser System
Lease Corporation of America
3150 Livernois Road, # 300
Troy, MI 48083


Getty Images
 605 5th Ave S Suite 400
Seattle, WA 98104


Gina Padilla
2403 Rodman Street
Hollywood, FL 33020


GLELSI/FRSTSTR NK NA C
POB 7860
Madison, WI 53707


Green Shorea
7590 NW 30 Avenue
Miami, FL 33147


Harold E. Patricoff, Esq
Shutts & Bowen
1500 Miami Center
201 South Biscayne Blvd
Miami, FL 33131


Home Depot Credit
POB 182676
Columbus, OH 43218

Iara Morton
905 Brickell Bay Drive, # 1030
Miami, FL 33131


India Roberts
7825 Miramar Parkway
Miramar, FL 33023


Ingrid Rendon
8106 NW 10th Court
Plantation, FL 33322


Internal Revenue Service
Centralized Insolvency Operations
POB 7346
Philadelphia, PA 19101-7346


IOU Central
600 Townpark Lane, # 140
Kennesaw, GA 30144


Irene Toner
243 Buttonwood Shores Dr
Key Largo, FL 33037


Isis Claro
7760 SW 106th Terrace
Miami, FL 33156


JacquelineTaveras
2925 NW 130th Street, # 306
Sunrise, FL 33323


Jerry Dass
10220 Kristen Park Drive
Orlando, FL 32832


Jessy Babot
401 69th Street, # 401
Miami Beach, FL 33141


Jill Rosenhaus
7000 Island Blvd., # 308
Aventura, FL 33160

Johanna Salas
441 NW 152nd Street
Miami, FL 33162


John Ferry
2110 NE 197th Terrace
Miami, FL 33179


Jonathan Rotstein
309 Oakridge Blvd, Suite B
Daytona Beach, FL 32118


Jorge Gaviria, MD
18205 Biscayne Blvd, # 100
North Miami Beach, FL 33160


Joseph Sabrina
1640 NW 134th Street
North Miami, FL 33167


JPMorgan Chase Bank, NC
RM-MIami 2 LPO
2 S Biscayne Blvd, Floor 22
Miami, FL 33131


Juliani Herrera
2448 Sunshine Blvd.,
Miramar, FL 33023


Julie Ben Shimol
16310 NW 15th Street
Aventura, FL 33180


Kalmata Capital, LLC
3 Bethseda Metro Center, # 700
Bethesda, MD 20814


Kassandra Mora
2284 Clipper Place
Fort Lauderdale, FL 33312


Kathy Rivera
3550 Washington Street, # 614B
Hollywood, FL 33021

Kaven Purrier
8170 Brigamar Isles Avenue
Boynton Beach, FL 33473


Kaysha People
20907 NW 14th Place, # 450
Miami, FL 33169


Keyuna Andrews
4595 Blazing Trail
Atlanta, GA 30349


Kyranecia Armstrong
2630 Marina Bay DRive East, # 203
Fort Lauderdale, FL 33312


Lane Powell, PC
1420 Fifth Avenue, # 4200
POB 91302
Seattle, WA 98111-9402


Lara Morton
905 Brickell Bay Drive, #1030
Miami, FL 33131


Lativia Mc Bride
20830 NW 34th Avenue
Miami Gardens, FL 33056


Laura Paniagua
3058 Red Mangrove Lane # S
Fort Lauderdale, FL 33312


LawCraft
POB 19359
Plantation, FL 33318-0359


LCA Bank Corporation
POB 1650
Troy, MI 48099-1650


Lease Corporation of America
3150 Livernous Road, # 300
Troy, MI

Ledyn Diaz
218 NW 12th Avenue, PAT 803
Miami, FL 33128


Liebler, Gonzalez & Portuondo
Courthouse Tower
44 West Flagler Street
Twenty-Fifth Floor
Miami, FL 33130


Lifeline Pharmaceuticals, LLC
1301 NW 84th Avenue, # 101
Miami, FL 33126


Liliam Brito
13950 SW 56th Lane
Miami, FL 33138


Linda Pardo
10801 SW 109th COurt, # D102
Miami, FL 33176


Lucia Rodriguez
2295 SW 156th Court
Miami, FL 33185


Macy's
POB 8052
Mason, OH 45040-8052


Macy's American Express Account
POB 183084
Columbus, OH 43218-3084


Mall at Miami International, LLC
Miami International Mall, # 576
1455 NW 107th Avenue, # 596
Doral, FL 33172


Maria Howell
1781 SW 116th Way
Miramar, FL 33025

Maria Puentes
2418 Bimini Lane
Fort Lauderdale, FL 33312

Maria Rios
4659 NW 97th Place
Doral, FL 33178

Marianna Talalaezsky
258 190th Street
Sunny Isles Beach, FL 33160

Mayra Fisher
9257 NW 121st Street
Hialeah Gardens, FL 33018

McCormick
617 Lee Street
Seattle, WA 98109

McKenna & McCausland, PA
POB 27
Fort Lauderdale, FL 33302-0027

McKesson Specialty Health
41 Mason Road
La Vergne, TN 37086

Melisa Borges
4765 NW 189th Terrace
Miami, FL 33055

Melissa Matthai
1095 Sunflower Circle
Weston, FL 33327

Memorial Healthcare System
POB 538522
Atlanta, GA 30353-8522

Memorial Healthcare System
2900 Corporate Way
Miramar, FL 33025

Miami International Mall
POB 643171
Pittsburgh, PA 15264-3171


Michelle Lester
19811 W Oakmont Drive
Hialeah, FL 33015


Nancy Barroso
2601 NW 165 Street Rd., # 303
Miami, FL 33125


Nancy Mirthyl
1065 Miami Blvd
Delray Beach, FL 33482


Natalya Kasianova
1000 Williams Island, PH6
Aventura, FL 33160


Nextech Software
c/o Susquehanna Commercial Finance
2 Country View Drive, # 300
Malvern, PA 19355


Nicole Romero
15743 SW 102 Lane
Kendall, FL 33196


Nordstrom Bank
POB 79137
Phoenix, AZ 85062-9137


Nordstrom FSB
POB 6565
Englewood, CO 80155


Pablo Alcazar
1451 S Miami Avenue, # 3504
Miami, FL 33130


Padilla Tyeshia
18245 NW 65th Avenue, # 508
Hialeah, FL 33015

Patrice Hines
61416 NW 199th Terrace
Miami, FL 33015


Pearl Capital Rivis Ventures, LLC
40 Exchange Place, 3rd Floor
New York, NY 10005


PNC 1st Side Center
Lockbox for West Dade County Assoc,
500 1st Avenue 643171
Pittsburgh, PA 15219


Priscilla Brance
9033 Dickens Avenue
Surfside, FL 33154


Quarterspot Inc
333 Seventh Avenue, # 1402
New York, NY 10001


Raquel Kaakdijian
1865 Brickell Avenue, # A1214
Miami, FL 33129


Raquel Rottman
620 Blue Road
Coral Gables, FL 33116


Regina Bennet
2411 NW 28th Terrace
Fort Lauderdale, FL 33311


Rhonda Stewart
16310 NW 15th Street
Pembroke Pines, FL 33028


Ricardo Martinez
2150 Sans Souci Blvd., # 1108
Miami, FL 33181

Robert A. Dulberg
Salmon and Dulberg Dispute Resolution
Biscayne Building, Suite 260
19 West Flagler
Miami, FL 33160


Rodolfo Alonso
2280 SW 32nd Avenue, # 304
Miami, FL 33145


Romie Barlatier
421 E 22nd Street
Brooklyn, NY 11226


Rose Marie Williams
701 NW 210th Street, # 701, Building #
Miami, FL 33169


Ruth Presume
21485 NW 27th Avenue, # 323
Miami, FL 33056


Sandy Galo Verela
6650 SW 39th street
Davie, FL 33314


Sherline Metayer
1111 SW 98th Terrace
Pembroke Pines, FL 33025


Shona Petit
2219 Dewey Street
Hollywood, FL 33020


Simon Kassis
900 West Avenue, # 923
Miami Beach, FL 33139


Simon Property Group, LP
1455 NW 107th Avenue
Doral, FL 33172


Stephane St. Victor
1325 S Flagler Avenue
Pompano Beach, FL 33060

Stephanie Solomon
2780 NW 183rd Street, # 1202
Aventura, FL 33160

Stericycle, Inc
POB 6582
Carol Stream, IL 60197-6582

Susan J. Klein
Gordon Feinblatt LLC
233 E. Redwood Street
Baltimore, MD 21202

Susquehanna Commercial Finance
Nextech EMR
2 Countury View Road, # 300
Malvern, PA 19355

SYNCB/JCP
POB 965007
Orlando, FL 32896

Synchrony Bank/JCP
POB 960090
Orlando, FL 32896-0090

Target Card Services
POB 660170
Dallas, TX 75266

Tatiana Leon
1593 Veracruz Lane
Weston, FL 33327

TD Bank USA/Target Credit
POB 673
Minneapolis, MN 55440

Teresa Dacosta
1451 NE 131 Street
North Miami, FL 33161

THD/CBNA
POB 6497
Sioux Falls, SD 57117

Tifany Stokes
2160 E Preserve Way # 307
Miami, FL 33025


Tim Sayed, MD
2066 N Ocean Blvd., # 5NW
Boca Raton, FL 33431-7817


Time Payment Corp
16 NE Executve Park, # 200
Burlington, MA 01803


Timepayment Corp
16 NE Executive Park, # 200
Burlington, MA 01803


Toni Rodriguez
1525 SW 111th Avenue, # 103
Pembroke Pines, FL 33025


Valerie Berrios
5126 Net Drive, # 123
Tampa, FL 33634


Vijay Sharma, MD
Kendall, South Miami
8099 South Dixie Highway
Miami, FL 33143


Wallace B. McCall
Cohen Milstein Sellers & Toll PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410


Wells Fargo Business Elite Card
Payment Remittance Center
POB 6415
Carol Stream, IL 60197-6415


Yellowstone Capital
160 Pearl Street
New York, NY 10005

Yolaine Casimir
2047 SW 159th Terrace
Miami, FL 33027

Yolanda Cross
13478 SW 262 Street
Homestead, FL 33032

Zachter, PPL
132 West 31st Street, # 1320
New York, NY 10001

Zaheerah Culbreth
1900 Van Buren Street, # 507B
Hollywood, FL 33020