

ORDERED in the Southern District of Florida on September 15, 2016.

_Raymond B. Ray, Judge_
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**BROWARD DIVISION**

In re:

AMARYLLIS PASCUAL,                    CASE NO. 15-13386-BKC-RBR

    Debtor.                                    CHAPTER 7
_____/

**ORDER DEEMING LATE FILED PROOF OF CLAIM AS TIMELY FILED (Claim No. 26)**

THIS MATTER came before the Court for a hearing on September 14, 2016, on Stephanie Sylvia Mathysen-Gerst a/k/a Stephanie Sylvia Mathysen (hereafter "Mathysen")'s Motion to Deem Late Filed Proof of Claim as Timely Filed [D.E. 157] (the "Motion"). Having reviewed the Motion, court file, representations and argument of counsel, and being otherwise duly advised, accordingly it is

ORDERED that the Motion [D.E. 157] is granted, and the Court hereby deems Claim 26 filed by Mathysen on August 24, 2016 as timely filed.

# # #

Proposed order submitted by Stuart Reed, Esq., Fla. Bar No. 0966312, Law & Mediation, LLC, 3001 W. Hallandale Beach Blvd., Suite 304, Hallandale Beach, FL 33009, Tel: (954) 874-2935, Fax: (877) 937-9475, StuartReedEsq@aol.com

Parties to receive a conformed copy of the order:

Leslie S. Osborne, Esq. on behalf of Debtor Amaryllis Pascual
office@rorlawfirm.com
Stuart Reed on behalf of Respondent Stephanie Sylvia MathysenGerst
stuartreedesq@aol.com
Grace E. Robson, Esq. on behalf of Trustee Kenneth A Welt
grobson@mrthlaw.com, jgarey@mrthlaw.com,mrthbkc@gmail.com,lgener@mrthlaw.com
Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz