# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

AMARYLLIS PASCUAL,

Debtor./

CASE NO.: 15-13386-RBR

Chapter 7

## TRUSTEE'S RESPONSE TO MOTION TO DEEM LATE FILED PROOF OF CLAIM

Kenneth A. Welt, the chapter 7 trustee (the "Trustee") for the estate of Amaryllis Pascual (the "Debtor"), files this response to the *Motion to Deem Late Filed Proof of Claim* [ECF No. 166] (the "Motion"), and states:

1. On February 25, 2015, the Debtor filed a voluntary chapter 7 bankruptcy petition commencing this case. Kenneth A. Welt was appointed as the Chapter 7 Trustee.

2. The meeting of creditors was conducted and concluded on March 31, 2015. The same day, the Clerk designated the deadline for filing claims as July 1, 2015.

3. On September 27, 2016, Lawanda Walker filed an unsecured claim in the amount of $2,000.00. *See* Claim No. 27.

4. On September 28, 2016, Ms. Walker filed the *Motion to Deem Late Filed Proof of Claim* [ECF No. 166]. A hearing on the Motion is scheduled for October 14, 2016.

5. The Trustee does not take any position on the Motion. **Due to a scheduling conflict Trustee's counsel will not be in attendance at the October 14th hearing**.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished via U.S Mail and/or via email through the Court's BNC on those parties on the attached service list on October 11, 2016.

Dated:  October 11, 2016           **MARKOWITZ RINGEL TRUSTY & HARTOG, PA**
*Counsel to Chapter 7 Trustee*
101 NE Third Avenue, Suite 1210
Fort Lauderdale, FL 33301
T:  (954) 767-0030
F:  (954) 767-0035

By: */s/ Grace E. Robson*
Grace E. Robson
Fla. Bar No. 0178063
grobson@mrthlaw.com

691285

2

*In re Amaryllis Pascual*
**Case No.: 15-13386-RBR**
<u>Service List</u>

**15-13386-RBR Notice will be electronically mailed to:**

Stefan Beuge, Esq. on behalf of Creditor Bank of America, N.A
flsd.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Robert P Frankel on behalf of Creditor City National Bank Of Florida
robert@frankelpa.com

Andrew Fulton IV, Esq on behalf of Plaintiff LCA Bank Corporation a/k/a Lease Corporation of America
andrew@kelleylawoffice.com, lyndia@kelleylawoffice.com,robert@kelleylawoffice.com,dana@kelleylawoffice.com,tina@kelleylawoffice.com

Steven H Gaddy on behalf of Creditor Bank of America, N.A
FLSD.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Craig I Kelley on behalf of Creditor Lease Corporation of America
craig@kelleylawoffice.com, lyndia@kelleylawoffice.com,robert@kelleylawoffice.com,dana@kelleylawoffice.com,tina@kelleylawoffice.com

Harris J. Koroglu on behalf of Creditor Bank United, N.A.
hkoroglu@shutts.com, fsantelices@shutts.com

Laudy Luna, Esq. on behalf of Creditor Bank of America, N.A., relating solely to the Bank of America Account number ending in -9006
ll@lgplaw.com, de@lgplaw.com

Clive N. Morgan, Esq. on behalf of Creditor Bank of America, N.A
cmorgan@penderlaw.com, pleadings@clivemorgan.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Leslie S. Osborne, Esq. on behalf of Debtor Amaryllis Pascual
office@rorlawfirm.com

Leslie S. Osborne, Esq. on behalf of Defendant Amaryllis Pascual
office@rorlawfirm.com

Stuart Reed on behalf of Respondent Stephanie Sylvia Mathysen-Gerst

stuartreedesq@aol.com

Grace E. Robson, Esq. on behalf of Trustee Kenneth A Welt
grobson@mrthlaw.com, jgarey@mrthlaw.com,mrthbkc@gmail.com,lgener@mrthlaw.com

Brian L Rosaler, Esq on behalf of Creditor Federal National Mortgage Association
ecfbankruptcy@popkinrosaler.com

Mark E Steiner on behalf of Creditor Bank of America, N.A
MES@lgplaw.com, pm@lgplaw.com

Ronald M Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, cmartin@simon.com;antimm@simon.com;bankruptcy@simon.com

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

**15-13386-RBR Notice will be mailed to:**

Amaryllis Pascual
4054 NW 85th Ave.
Cooper City, FL 33024

Lawanda Walker
1020 SW 15th Terrace, #4
Fort Lauderdale, FL 33312