

ORDERED in the Southern District of Florida on May 3, 2017.

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:                                                              CASE NO. 15-13386-RBR
                                                    :               CHAPTER 7 Proceeding
AMARYLLIS PASCUAL                  :
                                                    :
                                                    :
                                                    :
          Debtor                               /


### ORDER SUSTAINING TRUSTEE'S OBJECTION(S) TO CLAIM(S)

THIS CAUSE having been considered without hearing upon the *Trustee's Objection to Claim #14-1 of Bank of America, N.A.* [ECF #181], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is:

**ORDERED as follows:** that the Trustee's objection to Claim No # 14 filed by Bank of America, N.A. is sustained and the claim is stricken without prejudice and disallowed in its

entirety based on no response received within 30 days from the date of the service stated in the objection.

###

**Submitted By:**
Kenneth A. Welt
8201 Peters Rd, Ste. 1000
Plantation, FL 33324
Tel (954) 916-1560
Fax (954) 606-9867
E-mail: kaw@kawpa.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Order on Objection to Claim #14* was served via the court BNC electronic mail and 1st class mail to the parties attached hereto.

/s/ Kenneth A. Welt

Kenneth A. Welt, Trustee
8201 Peters Rd, Ste. 1000
Plantation, FL 33324
Tel: (954) 916-1560
Fax; (954) 606-9867

**Via 1st Class Mail:**

Bank of America, N.A.
Attn: Bankruptcy Department
PO Box 5170
SimiValley, CA  93062

**Via Electronic Mail:**

Stefan Beuge, Esq. on behalf of Creditor Bank of America, N.A
flsd.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Robert P Frankel on behalf of Creditor City National Bank Of Florida
robert@frankelpa.com, lana@frankelpa.com

Andrew Fulton IV, Esq on behalf of Plaintiff LCA Bank Corporation a/k/a Lease Corporation of America
andrew@kelleylawoffice.com, lyndia@kelleylawoffice.com,dana@kelleylawoffice.com,tina@kelleylawoffice.com

Steven H Gaddy on behalf of Creditor Bank of America, N.A
FLSD.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Craig I Kelley on behalf of Creditor Lease Corporation of America
craig@kelleylawoffice.com, lyndia@kelleylawoffice.com,dana@kelleylawoffice.com,tina@kelleylawoffice.com;Caitlin@kelleylawoffice.com

Harris J. Koroglu on behalf of Creditor Bank United, N.A.
hkoroglu@shutts.com, fsantelices@shutts.com

Laudy Luna, Esq. on behalf of Creditor Bank of America, N.A., relating solely to the Bank of America Account number ending in -9006
ll@lgplaw.com, de@lgplaw.com

Clive N. Morgan, Esq. on behalf of Creditor Bank of America, N.A
cmorgan@penderlaw.com, pleadings@clivemorgan.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Leslie S. Osborne, Esq. on behalf of Debtor Amaryllis Pascual
office@rorlawfirm.com

Leslie S. Osborne, Esq. on behalf of Defendant Amaryllis Pascual
office@rorlawfirm.com

Stuart Reed on behalf of Respondent Stephanie Sylvia Mathysen-Gerst
stuartreedesq@aol.com

Grace E. Robson, Esq. on behalf of Trustee Kenneth A Welt
grobson@mrthlaw.com, jgarey@mrthlaw.com,mrthbkc@gmail.com,lgener@mrthlaw.com

Brian L Rosaler, Esq on behalf of Creditor Federal National Mortgage Association
ecfbankruptcy@popkinrosaler.com

4

Mark E Steiner on behalf of Creditor Bank of America, N.A
MES@lgplaw.com, pm@lgplaw.com

Ronald M Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, cmartin@simon.com;antimm@simon.com;bankruptcy@simon.com