UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:                                                Case No. 15-13386-BKC-RBR
                                                             Chapter 7 Proceeding

AMARYLLIS PASCUAL

        Debtor                                   /

**TRUSTEE'S REPORT OF SALE CONFIRMING**
**REQUIREMENTS OF COURT ORDER (ECF #121)**

COMES NOW the Trustee, **KENNETH A. WELT**, and files this Trustee's Report of Sale Confirming Requirements of Court Order and would state as follows:

1. The Court entered an Order Approving the Trustee's Motion to Compromise Controversy with the Amaryllis Pascual (the "Debtor") on September 30, 2015 (ECF#121).

2. The Debtor has complied with the Court's Orders by paying the Trustee the sum of $84,999.74[1] for assets consisting of (a) cash on hand; (b) bank accounts with Citigold, PNC Bank, Bank of America and Scottrade; (c) household goods and furnishings, photos, pictures; (d) clothing; (e) jewelry; (f) Florida prepaid accounts in children's name; (g) accounts receivable; and (h) 2006 Honda Van.

I HEREBY CERTIFY that a copy of the foregoing was served on those parties listed below via the manner stated.

Dated: August 2, 2017                            By: /S/ *Kenneth A, Welt, Trustee*
                                                                        KENNETH A. WELT, TRUSTEE
                                                                          8201 Peters Rd., Ste. 1000
                                                                          Plantation, FL 33324
                                                                          Telephone: (954) 300-2523
                                                                          Facsimile: (954) 606-9867
                                                                          Email:kaw@kawpa.com

**Electronic Notice:**

Stefan Beuge, Esq. on behalf of Creditor Bank of America, N.A
flsd.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

---

[1] The original settlement amount was $85,000.00, but for rounding purposes the estate received $84,999.74.

Robert P Frankel on behalf of Creditor City National Bank Of Florida
robert@frankelpa.com, lana@frankelpa.com

Andrew Fulton IV, Esq on behalf of Plaintiff LCA Bank Corporation a/k/a Lease Corporation of America
andrew@kelleylawoffice.com, lyndia@kelleylawoffice.com,dana@kelleylawoffice.com,tina@kelleylawoffice.com

Steven H Gaddy on behalf of Creditor Bank of America, N.A
FLSD.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Craig I Kelley on behalf of Creditor Lease Corporation of America
craig@kelleylawoffice.com, lyndia@kelleylawoffice.com,dana@kelleylawoffice.com,tina@kelleylawoffice.com;Caitlin@kelleylawoffice.com

Harris J. Koroglu on behalf of Creditor Bank United, N.A.
hkoroglu@shutts.com, fsantelices@shutts.com

Laudy Luna, Esq. on behalf of Creditor Bank of America, N.A., relating solely to the Bank of America Account number ending in -9006
ll@lgplaw.com, de@lgplaw.com

Clive N. Morgan, Esq. on behalf of Creditor Bank of America, N.A
cmorgan@penderlaw.com, pleadings@clivemorgan.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Leslie S. Osborne, Esq. on behalf of Debtor Amaryllis Pascual
office@rorlawfirm.com

Leslie S. Osborne, Esq. on behalf of Defendant Amaryllis Pascual
office@rorlawfirm.com

Stuart Reed on behalf of Respondent Stephanie Sylvia Mathysen-Gerst
stuartreedesq@aol.com

Grace E. Robson, Esq. on behalf of Trustee Kenneth A Welt
grobson@mrthlaw.com, jgarey@mrthlaw.com,mrthbkc@gmail.com,lgener@mrthlaw.com

Brian L Rosaler, Esq on behalf of Creditor Federal National Mortgage Association
ecfbankruptcy@popkinrosaler.com

Mark E Steiner on behalf of Creditor Bank of America, N.A
MES@lgplaw.com, pm@lgplaw.com

3

Ronald M Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, cmartin@simon.com;antimm@simon.com;bankruptcy@simon.com